**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARJER, INC.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES SMALL BUSINESS ADMINISTRATION; and ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the United States Small Business Administration,**<br>**Defendants.** | : | **No. 3:24cv79**<br><br>**(Judge Munley)** |

**ORDER**

**AND NOW**, to wit, this 24th day of September 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion for summary judgment, (Doc. 19), is **GRANTED**;
2) The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff; and
3) The Clerk of Court is directed to close this case.

**Date:** 9/24/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**